## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 3:19-cv-00039-KRG |
| TRE RAGAZZI, INC., et al. | : |
| Defendants. | : |

### NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") by and through its attorney, Ryan R. Janis, Esq., and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendants, Roman Tiracave, Sally Tiracave, individually and as officers, directors, shareholders, members and/or principals of Tre Ragazzi, Inc. and Tre Ragazzi, Inc. d/b/a Tre Ragazzi because they have failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

### EVIDENCE RELIED UPON

This motion is based upon the Declaration of Ryan R. Janis, the Affidavit of Joe Hand, Jr., the Affidavit of Lucas Mearkle, Memorandum of Points and Authorities in support of Plaintiff's Motion for Default Judgment, the proposed order granting judgment on default, the Rate Card for the *Ultimate Fighting Championship*® broadcasts, the Commercial Licensing Agreement for *Ultimate Fighting Championship*® broadcasts and the pleadings and records on file with the court in this action.

**BACKGROUND AND ARGUMENT**

This action involves a claim for damages by Plaintiff Joe Hand Promotions, Inc. against Defendants, Roman Tiracave, Sally Tiracave, individually and as officers, directors, shareholders, members and/or principals of Tre Ragazzi, Inc. and Tre Ragazzi, Inc. d/b/a Tre Ragazzi, for misappropriation of the closed circuit *Ultimate Fighting Championship® 230: Cormier v. Lewis* broadcast, scheduled for November 3, 2018, in violation of 47 U.S.C. § 605, *et seq.*, and 47 U.S.C. § 553, *et seq.*  Plaintiff served the Summons and Complaint upon Tre Ragazzi, Inc. d/b/a Tre Ragazzi, Roman Tiracave and Sally Tiracave on April 24, 2019.  *See* Doc. No. 5.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint.  Accordingly, Tre Ragazzi, Inc. d/b/a Tre Ragazzi, Roman Tiracave and Sally Tiracave were required to file an answer no later than May 15, 2019.  Defendants failed to appear, answer, or otherwise respond to the Summons and Complaint.  Upon the failure of the Defendants to timely file a responsive pleading, a Request for Entry of Default was filed on June 26, 2019 against Defendants.  *See* Doc. No. 6.  On June 28, 2019, a Default was entered against Tre Ragazzi, Inc. d/b/a Tre Ragazzi, Roman Tiracave and Sally Tiracave.  *See* Doc. No. 7.  Plaintiff now files the instant Motion for Default Judgment.  Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

**CONCLUSION**

Over 21 days have passed since Defendants were served with the Summons and Complaint. None of the Defendants have answered and no counsel has entered an appearance in this Court on either's behalf. Default was entered against Tre Ragazzi, Inc. d/b/a Tre Ragazzi, Roman Tiracave and Sally Tiracave on June 28, 2019.  Accordingly, the Plaintiff is entitled to a Judgment on Default.  A proposed Order is attached herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 8, 2019 | By:  /s/ Ryan R. Janis<br>Ryan R. Janis, Esq.<br>Jekielek & Janis LLP<br>203 E. Pennsylvania Blvd.<br>Feasterville, PA 19053<br>T: 215-396-2727<br>F: 267-386-2167<br>ryan@jj-lawyers.com<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 3:19-cv-00039-KRG |
| | : |
| TRE RAGAZZI, INC., et al. | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I certify that a copy of this letter enclosing Plaintiff's Motion for Default Judgment was served on the 8th day of August, 2019, via First Class US MAIL, postage prepaid on the parties below:

Roman Tiracave
Sally Tiracave
Tre Ragazzi, Inc.
d/b/a Tre Ragazzi
709 Front Street
Cresson, PA 16630

                                      Respectfully submitted,

Dated: August 8, 2019                By: /s/ Ryan R. Janis
                                                    Ryan R. Janis, Esq.
                                                    Jekielek & Janis LLP
                                                    203 E. Pennsylvania Blvd.
                                                    Feasterville, PA 19053
                                                    T: 215-396-2727
                                                    F: 267-386-2167
                                                    ryan@jj-lawyers.com

                                                    Attorneys for Plaintiff