UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:19-cv-00039-KRG |
| | : | |
| TRE RAGAZZI, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

On September 19, 2019, the Court issued an Order granting Plaintiff's Motion for Default Judgment and requiring Plaintiff to file an itemization of attorney's fees by September 30, 2019. *See* Doc. No. 9. The parties have now fully resolved the case. Therefore, pursuant to 41(a)(1)(A)(i), Plaintiff requests the voluntary dismissal of **ALL DEFENDANTS** from this action With Prejudice**.**

Respectfully submitted,

Dated: September 30, 2019          BY: /s/ Ryan R. Janis
                                   Ryan R. Janis, Esq.
                                   JEKIELEK & JANIS, LLP
                                   203 East Pennsylvania Blvd.
                                   Feasterville, PA 19053
                                   T: (215) 396-2727
                                   F: (267) 386-2167
                                   E: ryan@jj-lawyers.com

                                   Attorneys for Plaintiff