UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

JOE HAND PROMOTIONS, INC., :
:
Plaintiff, :
:
v. : Case No. 3:19-cv-00039-KRG
:
TRE RAGAZZI, INC., et al. :
:
Defendants. :

## NOTICE OF VOLUNTARY DISMISSAL

On September 19, 2019, the Court issued an Order granting Plaintiff's Motion for Default Judgment and requiring Plaintiff to file an itemization of attorney's fees by September 30, 2019. *See* Doc. No. 9. The parties have now fully resolved the case. Therefore, pursuant to 41(a)(1)(A)(i), Plaintiff requests the voluntary dismissal of **ALL DEFENDANTS** from this action With Prejudice.

Respectfully submitted,

Dated: September 30, 2019

BY: /s/ Ryan R. Janis
Ryan R. Janis, Esq.
JEKIELEK & JANIS, LLP
203 East Pennsylvania Blvd.
Feasterville, PA 19053
T: (215) 396-2727
F: (267) 386-2167
E: ryan@jj-lawyers.com

Attorneys for Plaintiff

AND NOW, this 1st day of October, 2019
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE